UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI MATTICE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-01791- JLT<br><br>ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC<br><br>(Doc. 12) |

On May 13, 2016, the parties filed a stipulation for an extension of time for Plaintiff to serve a confidential letter brief. (Doc. 12) Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. Plaintiff's request for an extension of time is **GRANTED** nunc pro tunc; and
2. Plaintiff **SHALL** serve a confidential letter brief no later than **June 20, 2016**.

IT IS SO ORDERED.

Dated:   **May 18, 2016**                         **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE